**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Guled Mohamud Omar

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Pamela Bondi,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00575-ADM-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Guled O.'s Petition for Writ of Habeas Corpus [Docket No. 1] is **GRANTED** as follows:

1. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. §1225(b)(2) and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. §1226.

2. Respondents are ORDERED to release Petitioner Guled O. from custody in Minnesota immediately;

3. Within five days of the date of this Order, Respondents shall file notice on the docket confirming that release within Minnesota occurred; and

4. Respondents are ORDERED to appear before the Court on Tuesday, February 3, 2026, at 10:00 a.m. to show cause as to why they failed to comply with this Court's January 23, 2026 show-cause order. The hearing shall be cancelled if Respondents file notice confirming they have released Petitioner in Minnesota in compliance with this Order.

Date: 1/29/2026

KATE M. FOGARTY, CLERK