UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guled O.,

      Plaintiff,

v.

Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; Pamela Bondi, in their official capacity as Attorney General of the United States; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement,

      Respondents.

**ORDER**
Civil No. 26-575 ADM/DJF

---

This Order is in response to Petitioner Guled O.'s ("Petitioner") Notice [Docket No. 10] and Respondents' Status Report [Docket No. 11] stating that Petitioner was released from custody at 6:47 a.m. CST on February 2, 2026. Petitioner states that Respondents have failed to return Petitioner's car keys, identification documents, wallet, and phone, and that Respondents reported that they have "lost" these items. Notice at 2.

A hearing was previously scheduled for February 3, 2026 at 10:00 a.m. to show cause as to why Respondents transferred Petitioner to Texas despite the Court's January 23, 2026 Order [Docket No. 3] enjoining Respondents from transferring Petitioner from this district. See Order [Docket No. 8] (ordering Respondents to appear at show cause hearing). Although Petitioner has now been released in Minnesota, the hearing will remain scheduled until such time as the Court

is notified that Petitioner's property has been returned to him. If Petitioner's property has not been returned before the February 3 hearing, Respondents shall appear in Court and explain the efforts they are making to return the property.

BY THE COURT:

Dated: February 2, 2026

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE