# UNITED STATES DISTRICT COURT

## District of Minnesota

Guled Mohamud Omar,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Pamela Bondi,
David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-575 ADM/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The show cause hearing scheduled for February 25, 2026, at 10:00 a.m. is **CANCELLED**; and

2. This matter is now closed.

Date: 2/23/2026

KATE M. FOGARTY, CLERK